UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARY PROFETTO IRWIN

Plaintiff

V.

ASSOCIATED CREDIT SERVICES, INC.

Defendant

2008 FEB -1  A 11: 22

CIVIL ACTION NO.

**308CV179 CFD**

DECEMBER 17, 2007

## COMPLAINT

1. The Plaintiff seeks relief pursuant to the Fair Debt Collection practices Act ("FDCPA"), 15 U.S.C. 3 1692; the Connecticut Creditor Collection practices ct, Conn. Gen. Stat. 3 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. 3 36a-800 and regulations issued hereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. 3 42-1 10a.

2. The Court's jurisdiction is conferred by 15 U.S.C. 1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. On or about August 3, 2007 the Defendant violated Plaintiff's rights by representing that Plaintiff had come to a payment agreement with Defendant without having had prior

discussion, conversation or contact with Plaintiff. This is a violation of 15 U.S.C. §§1692e.

7. Defendant violated 15 U.S.C. §§ 1692g on or about August 3, 2007 by denying Plaintiff's right of debt validation and by demanding payment within 12 days of Defendant's first communication.

8. In the collection efforts, Defendant violated the FDCPA; *inter alia,* section 1692e and –g.

**Second Count.**

9. The allegations of the First Count are repeated and realleged as if fully set forth herein.

10. Within three years prior to the date of this action Defendant has engaged in acts and practices as Plaintiff in violation of the Creditors' Collection Practices Act, 336a-645 *et seq.,* or the Consumer Collection Agency Act, section 36a-800 *et seq.* Conn. Gen. Stat.

11. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a *et seq.* WHEREFORE Plaintiff resqectfully requests this Court to:

1. Award Plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication against The Defendant;

2. Award Plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY *[signature]*

Max L. Rosenberg
Thornberry & Rosenberg
3333 Main Street
Stratford, CT  06614
Tel (203)380-8189
Fax (203)380-8191
Fed. Juris No. ct26742