UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARY PROFETTO IRWIN

    Plaintiff.

V.                                                                CIVIL ACTION NO.
                                                                          3:08CV179 (CFD)

ASSOCIATED CREDIT SERVICES, INC.

    Defendant.                                                  MAY 5, 2008

STIPULATION FOR DISMISSAL

The Plaintiff through her attorney Max L. Rosenberg and the Defendant, Associated Credit Services, Inc. through their insurance carrier Travelers stipulate that the claims in the above entitled action shall be dismissed with prejudice and without costs, subject to the approval of the Court.

                                                                      THE PLAINTIFF

                                                            BY /s/ Max L. Rosenberg
                                                            Max L. Rosenberg
                                                            Thornberry & Rosenberg LLC
                                                            3333 Main Street
                                                            Stratford, CT 06614
                                                            Tel (203)380-8189
                                                            Fax (203)380-8191
                                                            Fed. Juris No. ct 26742

DATE:  May 5, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARY PROFETTO IRWIN

    Plaintiff.

V.                                                     CIVIL ACTION NO.
                                                         3:08CV179 (CFD)

ASSOCIATED CREDIT SERVICES, INC.

    Defendant.                              MAY 5, 2008

## CERTIFICATION

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

                                                            THE PLAINTIFF

                                                           BY_ /s/ Max L. Rosenberg
                                                           Max L. Rosenberg
                                                           Thornberry & Rosenberg. LLC
                                                          3333 Main Street
                                                          Stratford, CT 06614
                                                          Tel (203)380-8189
                                                          Fax (203)380-8191
                                                          Fed. Juris No. ct 26742